**CABLE CAR ADVERTISERS, INC., dba Cable Car Charters, a California Corporation Petitioner,**

**Freight Checkers, Clerical Employees & Helpers Local 856, International Brotherhood of Teamsters, AFL–CIO Intervenor,**

**v.**

**NATIONAL LABOR RELATIONS BOARD Respondent.**

**National Labor Relations Board Petitioner,**

**v.**

**Cable Car Advertisers, Inc., dba Cable Car Charters, a California Corporation Respondent.**

**Nos. 01–71733, 01–71947.**
**NLRB Nos. 20–CA–35377, 20–CA–25789.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 4, 2002.*

Decided Dec. 18, 2002.

---

Before COWEN,** HAWKINS and W. FLETCHER, Circuit Judges.

MEMORANDUM***

Substantial evidence supports the National Labor Relations Board's determination of the end dates of the backpay periods and its use of the formulas employed to determine the amount of backpay owed to each claimant. *NLRB v. Int'l Ass'n of Bridge, Structural and Reinforced Iron Wrks, Local 378*, 532 F.2d 1241, 1242 (9th Cir.1976). Cable Car Advertisers, Inc. did not carry its burden of proving that the award to any of the plaintiffs should have been reduced. *M Rests., Inc. v. NLRB*, 621 F.2d 336, 337–38 (9th Cir.1980); *NLRB v. Carpenters Union*, 433 F.2d 934, 935 (1970).

In consequence, Cable Car's petition for review is DISMISSED and the Board's cross-petition for summary enforcement of its backpay order is GRANTED.

---

** This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

*** The Honorable Robert E. Cowen, Senior Circuit Judge for the Third Circuit, sitting by designation.